

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00516-CR

David Ryan **HOWARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 482451
Honorable Susan Skinner, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  October 28, 2015

APPEAL DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is granted, and the appeal

is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish